# EXHIBIT E

211 Church Street SE
Leesburg, VA 20175
Phone: (703) 777-7319
Fax: (703) 777-3656
www.dbllawyers.com

March 15, 2019

**VIA FIRST CLASS MAIL**

Advance Copy Via e-mail to:
m.mattes@Cormetech.com

Mr. Mike Mattes
President & CEO
Cormetech
11707 Steele Creek Road
Charlotte, NC 28273

Re:   Integrated Global Services, Inc. – US Patent Number 10,188,983 - Systems and Methods
for Catalyst Screens in Selective Catalytic Reduction Reactors

Dear Mr. Mattes:

We represent Integrated Global Services, Inc. (IGS) in their intellectual property matters.
We are pleased to announce that the United States Patent and Trademark Office has recently
issued U.S. Patent Number 10,188,983 to IGS for its innovative technologies entitled, Systems
and Methods for Catalyst Screens in Selective Catalytic Reduction Reactors.

It is our understanding that Cormetech had agreed to sell IGS' Secondary Screens
embodying the technologies claimed in the '983 patent and that Cormetech has received delivery
of one or more of the IGS' Secondary Screens for that purpose. However, rather than selling the
IGS' Secondary Screens, it is also our understanding that Cormetech may have opted to sell an
identical version of the secondary screens incorporating these technologies instead.

On behalf of IGS, we believe that an amicable business agreement can be reached with
Cormetech to resolve these matters and we look forward to discussing the same with you.
However, these discussions would be complicated if Cormetech were to proceed with delivery
and/or installation the substituted secondary screens.

Best regards,

Brendan E. Squire
DUNLAP BENNETT & LUDWIG PLLC