IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-489-MOC-DCK

| | |
|---|---|
| INTEGRATED GLOBAL SERVICES, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| CORMETECH, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Extend Time To Serve Complaint" (Document No. 5) filed December 2, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Extend Time To Serve Complaint" (Document No. 5) is **GRANTED**. Plaintiff shall serve Cormetech with the Summons and Complaint on or before **January 4, 2021**.

Signed: December 2, 2020

David C. Keesler
United States Magistrate Judge