IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-489-MOC-DCK

| | |
|---|---|
| INTEGRATED GLOBAL SERVICES, INC., ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **CORMETECH, INC.,** ) <br> ) <br> **Defendant.** ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Second Consent Motion To Extend Time To Serve Complaint And Summons" (Document No. 7) filed December 31, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion and the record, the undersigned will grant the motion. Further extension of this deadline is unlikely to be allowed.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Second Consent Motion To Extend Time To Serve Complaint And Summons" (Document No. 7) is **GRANTED**. Plaintiff shall serve its Summons and Complaint on Defendant Cormetech, Inc., or in the alternative file a Notice Of Voluntary Dismissal, on or before **March 5, 2021**.

**SO ORDERED.**

Signed: January 4, 2021

David C. Keesler
United States Magistrate Judge